In Matter of Petition of Julian Levey, and Lois Earlix Levey to Adopt Jerome Silver Lee.
Julian Levey, and Lois Earlix Levey, Appellants, v. Bertram Z. Lee, Appellee.

Gen. No. 46,820. (Abstract of Decision.)

First District, First Division.

May 7, 1956.

Released for publication June 12, 1956.

Lochtan and Wolfe, for appellants; Bernard B. Wolfe, of counsel; Anthony J. Mentone, and Harry G. Fins, for appellee. Opinion by JUDGE BURKE. Not to be published in full.